smata



*Natalie Carson*

**DEWITT COUNTY CLERK**
*307 N. Gonzales St.*
*Cuero, Texas 77954*
*Phone No. (361) 275-0864*
*Fax No. (361) 275-0866*
*email: natalie.carson@co.dewitt.tx.us*

*Kristine Oglesby*
*Brenda Peters*
*Kayla Sievers*

**Deputies:**
*Pam Brandstetter*
*Gwen Kleinecke*
*Bonnie Hoffmann*

March 5, 2015

Court of Appeals
13th Supreme Judicial District
Nueces County Courthouse
10th Floor
Corpus Christi, Texas 78401

Re:    Cause Number 11347A
       Christopher Blaschke Independent Executor of the Estate of Mary Anna Majefski
          Winkelmann, Deceased
       Vs.
       V. Belafonte Friar

Dear Sir:

Enclosed please find a copy of a Notice of Appeal filed March 4, 2015 in the above mentioned and numbered cause.

Sincerely,

Natalie Carson, DeWitt County Clerk

cc.    L. Mickele' Daniels                  Michael A. Johnson
       Attorney at Law                      Attorney at Law
       Arena Tower One, Suite 580           P. O. Box 69
       7322 Southwest Freeway               Victoria, Texas 77902
       Houston, Texas 77074

       Ms. Allison Rother (Court Reporter)
       P. O. Box 328
       Hallettsville, Texas 77964

CAUSE NO. **11347A**

| | | |
|---|---|---|
| CHRISTOPHER BLASCHKE, | § | IN THE COUNTY COURT |
| INDEPENDENT EXECUTOR OF THE | § | |
| ESTATE OF MARY ANNA MAJEFSKI | § | OF |
| WINDELMANN, DECEASED | § | |
| | § | |
| **vs.** | § | |
| | § | |
| V. BELAFONTE FRIAR | § | DEWITT COUNTY, TEXAS |

### NOTICE OF APPEAL

Notice is hereby given that **V. BELAFONTE FRIAR, Defendant,** hereby appeals from the Statutory Probate County Court of Dewitt County from the interlocutory summary judgment entered in this action on or about October 28, 2014, and the final judgment signed by the County Court of Dewitt County on or about December 2, 2014 in accordance with the Texas Rules of Civil Procedure.

Dated: **March 2, 2015.**

Respectfully submitted,

**L. MICKELE' DANIELS & ASSOCIATES**

By: /s/
L, Mickele' Daniels
TBN: 05374900
Arena Tower One, Suite 580
7322 Southwest Freeway
Houston, Texas 77074
Telephone: (713) 995-4681
Telecopier: (713) 995-4685
Seminole85@peoplepc.com
**ATTORNEY FOR DEFENDANT
V. BELAFONTE FRIAR**

Filed for Record
This, the 4th day of Mar 2015
at 3:50 o'clock P. M

NATALIE CARSON, COUNTY CLERK OF
Dewitt County, Texas
DEPUTY

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice of appeal has been sent via certified mail, return receipt requested to all interested parties by the undersigned attorney of record in this matter in the __2^ND__ day of March, 2015.

/s/
L. Michele Daniels